**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) **CRIMINAL NO. 1:25-00240-KD-2** |
| | ) |
| **VIERY FERNANDO PORTILLO,** | ) |
|     **Defendant.** | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, **VIERY FERNANDO PORTILLO**, by consent appeared along with his counsel of record, Audrey ChaLea Tisdale, before the undersigned Magistrate Judge on February 18, 2026, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.[1] Defendant entered a plea of guilty to Count One of the Indictment, charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual).

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offenses charged in the Indictment are supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **VIERY**

---

[1] A Spanish-language interpreter appeared telephonically for this hearing.

**FERNANDO PORTILLO**, be adjudged guilty and have sentence imposed accordingly.[2]

Defendant's sentencing hearing before United States District Judge Kristi K. DuBose is set for **June 26, 2026, at 11:00 a.m. (Central)**,[3] pending the adoption of this Report and Recommendation.

**DONE** this the 18th Day of February, 2026.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] On the record before the undersigned, both parties agreed to waive the 14-day objection period.

[3] Counsel for Defendant noted a scheduling conflict with the June 26, 2026 date.