IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:25-00240-KD-2 |
| | ) |
| VIERY FERNANDO PORTILLO, | ) |
| Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and with objections having been waived by the parties, the plea of guilty of the Defendant **VIERY FERNANDO PORTILLO**, to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **June 26, 2026 at 11:00 a.m. (Central) in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the **6th** day of **March**, 2026.

                                                  **s/ Kristi K. DuBose**
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**